IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CASSANDRE M. A. FERGUSON, | ) | CV 23-00161 JMS-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S FINDING |
| vs. | ) | AND RECOMMENDATION TO |
| | ) | DENY PLAINTIFF'S MOTION TO |
| USABLE LIFE, | ) | SET ASIDE SETTLEMENT AND |
| | ) | TO GRANT IN PART AND DENY |
| Defendant. | ) | IN PART DEFENDANT'S |
| | ) | MOTION TO ENFORCE |
| _____ | ) | SETTLEMENT |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDING AND
RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO SET ASIDE
SETTLEMENT AND TO GRANT IN PART AND DENY IN PART
DEFENDANT'S MOTION TO ENFORCE SETTLEMENT

Findings and Recommendation having been filed and served on all parties on December 27, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge