# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CASSANDRE M. A. FERGUSON, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00161 JMS-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| USABLE LIFE, | April 15, 2024 |
| Defendant. | At 12 o'clock and 05 min p.m.<br>LUCY H. CARRILLO, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

  On April 15, 2024, the Court issued its ENTERING ORDER, ECF No. 84 (April 15, 2024 Order).

  IT IS ORDERED AND ADJUDGED that this action is HEREBY dismissed with prejudice, pursuant to and in accordance with the April 15, 2024 Order.  Further, the Clerk of Court is directed to close this case.

| | |
|---|---|
| April 15, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |